AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| RITO RIOS-SANCHEZ | |

CASE NUMBER: 07cr3118-JAH

I, <u>RITO RIOS-SANCHEZ</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-15-2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Rito Rios*
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER